IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES DARRYL SLAYTON,
    Plaintiff,

vs.   Case No. 3:17cv442/RV/EMT

A. CASH, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 5, 2018 (ECF No. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's construed motion for preliminary injunctive relief (ECF No. 9) is **DENIED**.

3. This case shall be transferred to the Tallahassee Division of this court for all further proceedings.

**DONE AND ORDERED** this 6th day of February, 2018.

                          /s/ *Roger Vinson*
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**